THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK L. BOULWARE, Respondent, *v.* WILLIAM C. MARTENS et al., Appellants.

(Argued November 16, 1931; decided December 1, 1931.)

*Jeremiah D. Toomey* for appellants.

*Joseph D. Karp* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN and KELLOGG, JJ. Dissenting: CRANE, O'BRIEN and HUBBS, JJ.